**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------------

ALEXANDER WAHPOE, *individually and on*              :
*behalf of all others similarly-situated*              :
                                               :     CIVIL ACTION NO.: 19-01268
                Plaintiff,              :
                                               :
        v.              :
                                               :
STAFFMORE, LLC, *et al.*              :
                                               :
               Defendants.              :
---------------------------------------------------------------

### PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

    Plaintiff Alexander Wahpoe ("Plaintiff"), having reached a preliminary resolution of his

claims against Defendant Staffmore, LLC ("Staffmore") and Defendant Community Council

Health Systems, Inc. ("CCHS), (collectively, "Defendants") (together, the "Parties"), including,

as relevant hereto, his claims for unpaid overtime compensation under the Fair Labor Standards

Act, hereby moves unopposed before this Honorable Court for an Order approving the Parties'

proposed Settlement Agreement.

    Plaintiff's arguments in support of this Unopposed Motion are explained in the

accompanying Memorandum of Law and attached exhibits, which are incorporated herein by

reference.

                                    Respectfully submitted,

                                    **MURPHY LAW GROUP, LLC**

                By:  */s/ Michael Groh*
                        Michael Murphy, Esq.
                        Michael Groh, Esq.
                        Eight Penn Center, Suite 2000
                        1628 John F. Kennedy Blvd.

Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210
murphy@phillyemploymentlawyer.com
mgroh@phillyemploymentlawyer.com
*Attorneys for Plaintiff*

Dated: March 24, 2020

**CERTIFICATE OF SERVICE**

I, Michael Groh, Esquire, hereby certify that on March 24, 2020, I caused a true and

correct copy of the foregoing to be filed via ECF filing, which will send notification of such

filing the following counsel:

Michael Ronald Miller, Esq.
Meghan Sandora, Esq.
Margolis Edelstein
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106-3337
215-931-5808
mmiller@margolisedelstein.com
msandora@margolisedelstein.com
Attorneys for Defendant/Cross Defendant
Staffmore, LLC

Marjorie M. Obod, Esq.
Katharine Virginia Hartman, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
215-575-7000
215-575-7200 (fax)
mobod@dilworthlaw.com
khartman@dilworthlaw.com
Attorneys for Defendant/Cross Claimant
Community Council Health Systems, Inc.

Luther E. Weaver, III
Weaver & Associates, PC
1525 Locust Street, 14th Floor
Philadelphia, PA 19102-3711
215-790-0600
lew@leweaver.com
Attorney for Defendant/Cross Claimant
Community Council Health Systems, Inc.

 /s/ Michael Groh
Michael Groh, Esq.

Dated: March 24, 2020

3