IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER WAHPOE,** *individually and on behalf of all others similarly situated* | : : : | **CIVIL ACTION** |
| **Plaintiff,** | : : | No. 19-1268 |
| v. | : : | |
| **STAFFMORE LLC,** *et al.* | : : : | |
| **Defendants.** | : : : | |

## ORDER

**AND NOW**, this 16th day of September, 2020, upon consideration of "Plaintiff's Unopposed Motion for Approval of Settlement" (ECF No. 40), it is hereby **ORDERED** that the motion is **DENIED without prejudice**. **Within thirty (30) days from the date of this Order,** the parties may submit a revised settlement agreement, which addresses the issues identified in the accompanying Memorandum Opinion.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**